Matthew Donald Umhofer (SBN 206607)
*matthew@umklaw.com*
Elizabeth A. Mitchell (SBN 251139)
*elizabeth@umklaw.com*
Eugene Lim (SBN 318348)
*eugene@umklaw.com*
**UMHOFER, MITCHELL & KING LLP**
767 S. Alameda St., Suite 270
Los Angeles, CA 90021
Telephone: (213) 394-7979
Facsimile: (213) 529-1027

*Attorneys for Defendants*

[Additional Counsel on following page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, *ex rel.* INTEGRA MED ANALYTICS LLC,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM NELSON, an individual; VICKI ROLLINS, an individual; TORRANCE CARE CENTER WEST, INC.; GLENDORA GRAND, INC.; CENTINELA GRAND, INC.; LONG BEACH CARE CENTER, INC.; PACIFIC VILLA, INC.; FLOWER VILLA, INC.; CENTURY VILLA, INC.; VILLA DEL RIO GARDENS, INC.; VILLA DEL RIO CENTER INC.; WEST COVINA MEDICAL CENTER, INC.; L.A. DOWNTOWN MEDICAL CENTER, INC.,<br><br>Defendants. | Case No.: 2:21-cv-05265-JFW-ROAx<br><br>*Hon. John F. Walter*<br><br>**JOINT STIPULATION RE EXPANSION OF WORD LIMITS FOR BRIEFING**<br><br>Place: Courtroom 7A<br>Judge: John F. Walter<br><br>Pretrial Conf.: November 11, 2025<br>Trial Date: November 29, 2025 |

1  **GIPSON HOFFMAN & PANCIONE**
   A Professional Corporation
2  DANIEL R. PALUCH (State Bar No. 287231)
   *dpaluch@ghplaw.com*
3  1901 Avenue of the Stars, Suite 1100
   Los Angeles, California 90067-6002
4  Telephone: (310) 556-4660
   Facsimile: (310) 556-8945
5
   *Attorneys for Plaintiff/Relator*
6  *Integra Med Analytics LLC*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*JOINT STIPULATION*

1 **Defendants** William Nelson, Vicki Rollins, Torrance Care Center West, Inc., Glendora Grand, Inc., Centinela Grand, Inc., Long Beach Care Center, Inc., Pacific Villa, Inc., Flower Villa, Inc., Century Villa, Inc., Villa Del Rio Gardens, Inc., Villa Del Rio Center, Inc., West Covina Medical Center, Inc., and L.A. Downtown Medical Center, Inc. (collectively, "Defendants"), and **Relator** Integra Med Analytics LLC, (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

**WHEREAS**, on **June 29, 2021**, Integra Med Analytics, LLC ("**Relator**") initiated this action under the False Claims Act, 31 U.S.C. § 3729, *et seq.*, and the California False Claims Act, Cal. Gov't Code 12651, *et seq.*, by filing its Original Complaint under seal;

**WHEREAS**, on **April 5, 2024**, the federal Government and the State of California declined to intervene in this action pursuant to 31 U.S.C. § 3730(b)(4)(B) and Cal. Gov't Code § 12652(a)(3)(B);

**WHEREAS**, on **April 5, 2024**, the Court ordered that the Original Complaint be unsealed and served upon Defendants;

**WHEREAS**, on **May 3, 2024**, Relator filed a redacted version of the Original Complaint in compliance with the Court's **April 5, 2024** Order;

**WHEREAS**, Relator served the redacted version of the complaint on Defendant William Nelson on **November 8, 2024**;

**WHEREAS,** Relator served the redacted version of the complaint on Defendants Torrance Care Center West, Inc., Glendora Grand, Inc., Centinela Grand, Inc., Long Beach Care Center, Inc., Pacific Villa, Inc., Flower Villa, Inc., Century Villa, Inc., Villa Del Rio Gardens, Inc., Villa Del Rio Center, Inc., West Covina Medical Center, Inc., and L.A. Downtown Medical Center, Inc. on **November 5, 2024**;

**WHEREAS**, Defendants intended to file separate motions to dismiss the complaint under Federal Rule of Civil Procedure Rule 12(b)(1) and Rule 12(b)(6);

1

*JOINT STIPULATION*

1 **WHEREAS**, the Ninth Circuit, in its recent decision rendered on September 24, 2024, in <u>Stein v. Kaiser Found. Health Plan, Inc.</u>, 115 F.4th 1244, 1246 (9th Cir. 2024), held that the first-to-file rule—which Defendants intended to raise in their 12(b)(1) motion—no longer constitutes a jurisdictional bar that can be raised in a 12(b)(1) motion, but instead constitutes an affirmative defense that must be raised in a Rule 12(b)(6) motion;

**WHEREAS**, based on the Ninth Circuit's recent holding in <u>Stein</u>, Defendants must now combine their 12(b)(1) motion and 12(b)(6) motion into a single 12(b)(6) motion;

**WHEREAS**, in order to provide the Court with the relevant background, analysis, and supporting authority for the combined motions, Relator and Defendants believe that they will need more than **13,000 words** for the memoranda of points and authorities in support of the respective motion to dismiss and opposition briefs, and more than **7,000 words** for the reply brief;

**WHEREAS**, to accommodate the increased word limit, Relator and Defendants agree that additional briefing time is appropriate;

**WHEREAS**, in the interest of judicial and party efficiency, the parties reached agreement, regarding the word limits and deadlines of all briefing in connection with the forthcoming motion to dismiss and responsive briefs, subject to the Court's approval.

**NOW, THEREFORE**, and for good cause as set forth above, the parties hereby stipulate and jointly request the following:

(1) Defendants shall have no more than **13,000 words** for their opening brief in connection with their forthcoming motion to dismiss;

(2) Defendants' motion to dismiss the redacted version of the Original Complaint shall be filed on or before December 23, 2024, and shall be heard no earlier than February 3, 2025;

(3)  Relator shall have no more than **13,000 words** for its opposition brief;

(4)  Relator's opposition to Defendant's motion to dismiss shall be filed no later than January 6, 2025;

(5)  Defendants shall have no more than **7,000 words** for their reply brief; and

(6)  Defendants' reply in support of their motion to dismiss shall be filed no later than January 20, 2025.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated: November 26, 2024      **UMHOFER, MITCHELL & KING LLP**

/s/ *Elizabeth A. Mitchell*
Matthew Donald Umhofer
Elizabeth A. Mitchell
Eugene Lim
*Attorneys for Defendants*

Dated: November 26, 2024      **GIPSON HOFFMAN & PANCIONE**

/s/ *Daniel R. Paluch*
Daniel R. Paluch
*Attorneys for Plaintiff/Relator*

| | |
|---|---|
| 1 | **ATTESTATION CLAUSE** |
| 2 | I hereby attest that all other signatories listed, and on whose behalf the filing is |
| 3 | submitted, concur in the filing's content and have authorized the filing. (L.R. 5- |
| 4 | 4.3.4(a)(2).) |

Dated: November 26, 2024      **UMHOFER, MITCHELL & KING LLP**

/s/ *Elizabeth A. Mitchell*
Matthew Donald Umhofer
Elizabeth A. Mitchell
Eugene Lim
*Attorneys for Defendants*