**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 21-5265-JFW(RAOx)**                        Dated: January 24, 2025

Title:   United States of America, et al. ex rel. Integra Med Analytics LLC -v- William Nelson, et al.

═══════════════════════════════════════════════════════════════════════

**PRESENT:**
            **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

            **Shannon Reilly**                        **None Present**
            **Courtroom Deputy**                    **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                    None                                        None

**PROCEEDINGS (IN CHAMBERS):**          **ORDER TAKING UNDER SUBMISSION DEFENDANTS'**
                                    **MOTION TO DISMISS RELATOR'S COMPLAINT**
                                    **UNDER FEDERAL RULE OF CIVIL PROCEDURE**
                                    **12(b)(6) [filed 12/23/2024; Docket No.74]**;

                                    **ORDER TAKING UNDER SUBMISSION DEFENDANTS'**
                                    **MOTION TO DISMISS COMPLAINT FOR**
                                    **INSUFFICIENT SERVICE OF PROCESS [filed**
                                    **12/23/2024; Docket No. 75]**


        The following motions are currently on calendar for January 27, 2025 at 1:30 p.m.: (1)
Defendants' Motion to Dismiss Relator's Complaint Under Federal Rule of Civil Procedure 12(b)(6);
and (2) Defendants' Motion to Dismiss Complaint for Insufficient Service of Process.  Pursuant to
Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that these
matters are appropriate for decision without oral argument.  The hearing calendared for January
27, 2025 is hereby vacated and the matters are taken off calendar.  The matters will be deemed
submitted on the vacated hearing date and the clerk will notify the parties when the Court has
reached a decision.


        IT IS SO ORDERED.

Initials of Deputy Clerk  _sr_