**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.   **CV 21-5265-JFW(RAOx)** | Date:  January 27, 2025 |

Title:   United States of America, et al. ex rel. Integra Med Analytics LLC -v- William Nelson, et al.

---

**PRESENT:**
   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER DENYING DEFENDANTS' MOTION TO DISMISS COMPLAINT FOR INSUFFICIENT SERVICE OF PROCESS [filed 12/23/2024; Docket No. 75]**

On December 23, 2024, Defendants William Nelson, Vicki Rollins, Torrance Care Center West, Inc., Glendora Grand, Inc., Centinela Grand, Inc., Long Beach Care Center, Inc., Pacific Villa, Inc., Flower Villa, Inc., Century Villa, Inc., Villa Del Rio Gardens, Inc., Villa Del Rio Center Inc., West Covina Medical Center, Inc., and L.A. Downtown Medical Center, Inc. (collectively, "Defendants") filed a Motion to Dismiss Complaint for Insufficient Service of Process.  On January 6, 2025, Relator Integra Med Analytics LLC ("Relator") filed its Opposition.  On January 13, 2025, Defendants filed a Reply.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court found the matter appropriate for submission on the papers without oral argument.  The matter was, therefore, removed from the Court's January 27, 2025 hearing calendar and the parties were given advance notice.  After considering the moving, opposing, and reply papers, and the arguments therein, the Court rules as follows:

Federal Rule of Civil Procedure 4(m) provides in relevant part:

If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

For the reasons stated by Relator and for good cause shown, the Court **DENIES** Defendants' Motion to Dismiss Complaint for Insufficient Service of Process.  Absent a further showing of good cause, Relator shall have until February 27, 2025 to serve the summons and unredacted Complaint on all Defendants.

IT IS SO ORDERED.