GIPSON HOFFMAN & PANCIONE
A PROFESSIONAL CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, *ex rel,* INTEGRA MED ANALYTICS LLC,

Plaintiff,

v.

WILLIAM NELSON, an individual; VICKI ROLLINS, an individual; TORRANCE CARE CENTER WEST, INC.; GLENDORA GRAND, INC.; CENTINELA GRAND, INC.; LONG BEACH CARE CENTER, INC.; PACIFIC VILLA, INC.; FLOWER VILLA, INC.; CENTURY VILLA, INC.; VILLA DEL RIO WINTER, INC.; VILLA DEL RIO CENTER, INC.; WEST COVINA MEDICAL CENTER, INC.; L.A. DOWNTOWN MEDICAL CENTER, INC.,

Defendants.

Case No.:  2:21-cv-05265-JFW-RAOx

**ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER TO DISCLOSE CMS RECORDS PURSUANT TO 5 U.S.C. § 552a(b)(12) AND EXTEND TIME TO SERVE COMPLAINT**

1

1513099.1 - 06302.00001

After considering Plaintiff Integra Med Analytics LLC's ("Integra") *Ex Parte* Application for Order to Disclose CMS Records Pursuant to 5 U.S.C. § 552a(b)(12) and Extend Time to Serve Complaint ("Application") (Docket No. 94), and Defendants William Nelson, Vicki Rollins, Torrance Care Center West, Inc., Glendora Grand, Inc., Centinela Grand, Inc., Long Beach Care Center, Inc., Pacific Villa, Inc., Flower Villa, Inc., Century Villa, Inc., Villa Del Rio Gardens, Inc., Villa Del Rio Center Inc., West Covina Medical Center, Inc., and L.A. Downtown Medical Center, Inc.'s (collectively, "Defendants") Notice of Non-Opposition (Docket No. 95), and the arguments contained therein,

IT IS HEREBY ORDERED that Integra's Application is **GRANTED** as follows:

1. Pursuant to 5 U.S.C. § 552a(b)(12), Integra is hereby ordered to disclose to Defendants, by way of service of Integra's unredacted Complaint and any information to which Defendants would be otherwise entitled in discovery, all records received by Integra from the Centers for Medicare & Medicaid Services ("CMS") upon which its Complaint is based; and

2. The time for Integra to serve its unredacted Complaint on Defendants is hereby extended from February 27, 2025, to March 27, 2025.

IT IS SO ORDERED.

Dated: February 18, 2025

_____
Hon. John F. Walter
United States District Court Judge

GIPSON HOFFMAN & PANCIONE
A PROFESSIONAL CORPORATION