GIPSON HOFFMAN & PANCIONE
A Professional Corporation
DANIEL R. PALUCH (SBN 287231)
*dpaluch@ghplaw.com*
DANIEL B. LIFSCHITZ (SBN 285068)
*dlifschitz@ghplaw.com*
1901 Avenue of the Stars, Suite 1100
Los Angeles, California 90067-6002
Telephone:  (310) 556-4660
Facsimile:   (310) 556-8945

Attorneys for Plaintiff and Relator
INTEGRA MED ANALYTICS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, *ex rel*, INTEGRA MED ANALYTICS LLC, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM NELSON, an individual; VICKI ROLLINS, an individual; TORRANCE CARE CENTER WEST, INC.; GLENDORA GRAND, INC.; CENTINELA GRAND, INC.; LONG BEACH CARE CENTER, INC.; PACIFIC VILLA, INC.; FLOWER VILLA, INC.; CENTURY VILLA, INC.; VILLA DEL RIO GARDENS, INC.; VILLA DEL RIO CENTER, INC.; WEST COVINA MEDICAL CENTER, INC.; L.A. DOWNTOWN MEDICAL CENTER, INC., <br><br> Defendants. | Case No.:  2:21-cv-05265-JFW-RAOx <br><br> **SUPPLEMENTAL DECLARATION OF MATT BYRNES IN SUPPORT OF PLAINTIFF INTEGRA MED ANALYTICS LLC'S MOTION TO AMEND SCHEDULING ORDER** <br><br> Hearing Date: March 24, 2025 <br> Time: 1:30 p.m. <br> Place: Courtroom 7A <br> Judge: John F. Walter <br><br> Pretrial Cont.:        July 11, 2025 <br> Trial Date:             July 29, 2025 |

GIPSON HOFFMAN & PANCIONE
A PROFESSIONAL CORPORATION

## DECLARATION OF MATT BYRNES

I, Matt Byrnes, hereby state and declare:

1.      I am over the age of 18 and have personal knowledge of the matters contained herein and if called to testify, would do so competently.

2.      I am a Director at Plaintiff Integra Med Analytics LLC ("Integra") and have been consistently involved in all matters related to the investigation and prosecution of the instant lawsuit.

3.      On February 28, 2025, I received notification from CMS that Integra's data disclosure request to proceed with the instant litigation was finally approved. I thereafter immediately informed counsel for Integra of this fact.

4.      On March 5, 2025, Defendants propounded their first set of discovery requests in this litigation upon Integra. Integra is currently hard at work gathering information and documents to respond to these requests.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed this 10th day of March, 2025 in Austin, Texas.

_____
Matt Byrnes

GIPSON HOFFMAN & PANCIONE
A PROFESSIONAL CORPORATION

SUPPLEMENTAL DECLARATION OF MATT BYRNES IN SUPPORT OF PLAINTIFF INTEGRA MED ANALYTICS LLC'S MOTION TO AMEND SCHEDULING ORDER

1517127.1 - 06302.00001