GIPSON HOFFMAN & PANCIONE
A Professional Corporation
DANIEL R. PALUCH (SBN 287231)
dpaluch@ghplaw.com
DANIEL B. LIFSCHITZ (SBN 285068)
dlifschitz@ghplaw.com
1901 Avenue of the Stars, Suite 1100
Los Angeles, California 90067-6002
Telephone:  (310) 556-4660
Facsimile:   (310) 556-8945

Attorneys for Plaintiff and Relator
INTEGRA MED ANALYTICS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, *ex rel,* INTEGRA MED ANALYTICS LLC,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM NELSON, an individual; VICKI ROLLINS, an individual; TORRANCE CARE CENTER WEST, INC.; GLENDORA GRAND, INC.; CENTINELA GRAND, INC.; LONG BEACH CARE CENTER, INC.; PACIFIC VILLA, INC.; FLOWER VILLA, INC.; CENTURY VILLA, INC.; VILLA DEL RIO GARDENS, INC.; VILLA DEL RIO CENTER, INC.: WEST COVINA MEDICAL CENTER, INC.; L.A. DOWNTOWN MEDICAL CENTER, INC.,<br><br>Defendants. | Case No.:  2:21-cv-05265-JFW-RAOx<br><br>**SUPPLEMENTAL DECLARATION OF DANIEL PALUCH IN SUPPORT OF PLAINTIFF INTEGRA MED ANALYTICS LLC'S MOTION TO AMEND SCHEDULING ORDER**<br><br>Hearing Date: March 24, 2025<br>Time: 1:30 p.m.<br>Place: Courtroom 7A<br>Judge: John F. Walter<br><br>Pretrial Cont.:     July 11, 2025<br>Trial Date:          July 29, 2025 |

1

SUPPLEMENTAL DECLARATION OF DANIEL PALUCH IN SUPPORT OF PLAINTIFF INTEGRA MED ANALYTICS LLC'S MOTION TO AMEND SCHEDULING ORDER

1517128.1 - 06302.00001

# DECLARATION OF DANIEL PALUCH

I, Daniel Paluch, hereby state and declare:

1. I am over the age of 18 and have personal knowledge of the matters contained herein and if called to testify, would do so competently.

2. I am a member of the Bar of the State of California and am a Partner at the law firm of Gipson Hoffman & Pancione APC—attorneys for the Relator Integra Med Analytics LLC ("Integra") in the above-captioned action. Except where stated, I have personal knowledge of the facts outlined below and, if called to testify, could and would competently testify thereto.

3. On February 28, 2025, I was notified by Integra that its data disclosure request to proceed with the instant litigation had been approved by CMS. I thereafter immediately e-mailed the unredacted Complaint to counsel for Defendants under a cover e-mail that included the following language: "In accordance with the Court's February 18, 2025 Order (Doc. No. 96), and your agreement to accept service of the unredacted complaint on behalf of all defendants in this case, attached and served upon you is Relator's Unredacted Complaint."

4. Elizabeth Mitchell, counsel for Defendants, initially acknowledged receiving service per my e-mail. However, Ms. Mitchell then sent a second e-mail clarifying that service was not being accepted on behalf of Vicki Rollins. In a third e-mail, Ms. Mitchell further clarified that her offer to accept the unredacted Complaint for all Defendants was "over four months ago," and that Ms. Rollins had apparently withdrawn her consent (without any such withdrawal having been communicated to counsel for Integra). Integra is now pursuing personal service of Ms. Rollins via a private investigator.

5. Integra was prepared to propound its first set of discovery requests to Defendants the same day that it served the unredacted Complaint, but held back based on Ms. Mitchell's representation on Friday, February 28th that she would ask Ms. Rollins whether the latter had changed her mind about accepting service through

2

SUPPLEMENTAL DECLARATION OF DANIEL PALUCH IN SUPPORT OF PLAINTIFF INTEGRA MED ANALYTICS LLC'S MOTION TO AMEND SCHEDULING ORDER

1517128.1 - 06302.00001

counsel. Having not heard back in the affirmative by Monday, March 3rd, Integra propounded its discovery requests on Tuesday, March 4, 2025.

6.    On March 5, 2025, Defendants' propounded their first set of discovery requests in this litigation upon Integra. Counsel for Integra is currently hard at work facilitating gathering information and documents to respond to these requests.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed this 10th day of March, 2025 in Los Angeles, CA.

_____
Daniel Paluch

GIPSON HOFFMAN & PANCIONE
A PROFESSIONAL CORPORATION

1517128.1 - 06302.00001

3
SUPPLEMENTAL DECLARATION OF DANIEL PALUCH IN SUPPORT OF PLAINTIFF INTEGRA MED ANALYTICS LLC'S MOTION TO AMEND SCHEDULING ORDER