GIPSON HOFFMAN & PANCIONE
A Professional Corporation
dlifschitz@ghplaw.com
1901 Avenue of the Stars, Suite 1100
Los Angeles, California 90067-6002
Telephone: (310) 556-4660
Facsimile: (310) 556-8945

Attorneys for Plaintiff
INTEGRA MED ANALYTICS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, *ex rel,* INTEGRA MED ANALYTICS LLC,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM NELSON, an individual; VICKI ROLLINS, an individual; TORRANCE CARE CENTER WEST, INC.; GLENDORA GRAND, INC.; CENTINELA GRAND, INC.; LONG BEACH CARE CENTER, INC.; PACIFIC VILLA, INC.; FLOWER VILLA, INC.; CENTURY VILLA, INC.; VILLA DEL RIO GARDENS, INC.; VILLA DEL RIO CENTER, INC.; WEST COVINA MEDICAL CENTER, INC.; L.A. DOWNTOWN MEDICAL CENTER, INC.,<br><br>Defendants. | Case No.: 2:21-cv-05265-JFW-RAOx<br><br>**DECLARATION OF LEAD TRIAL COUNSEL**<br><br>Pretrial Conf.: March 6, 2026<br>Trial Date: March 24, 2026 |

TO THIS HONORABLE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to this Court's Standing Order dated July 1, 2021 (ECF No. 6), undersigned counsel of record for Plaintiff Integra Med Analytics, LLC. hereby notifies this Court as follows:

1. Undersigned is registered as a "CM/ECF User";
2. Undersigned counsel's "E-Mail Address of Record" is dlifschitz@ghplaw.com;
3. Undersigned counsel has read the Court's Standing Order and the Local Rules.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted,

Dated: August 7, 2025

GIPSON HOFFMAN & PANCIONE
A Professional Corporation

_____
DANIEL B. LIFSCHITZ
Attorneys for Plaintiff
INTEGRA MED ANALYTICS LLC