UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, *ex rel,* INTEGRA MED ANALYTICS LLC,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM NELSON, an individual; VICKI ROLLINS, an individual; TORRANCE CARE CENTER WEST, INC.; GLENDORA GRAND, INC.; CENTINELA GRAND, INC.; LONG BEACH CARE CENTER, INC.; PACIFIC VILLA, INC.; FLOWER VILLA, INC.; CENTURY VILLA, INC.; VILLA DEL RIO GARDENS, INC.; VILLA DEL RIO CENTER, INC.: WEST COVINA MEDICAL CENTER, INC.; L.A. DOWNTOWN MEDICAL CENTER, INC.,<br><br>Defendants. | Case No.: 2:21-cv-05265-JFW-RAOx<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST TO AMEND SCHEDULING ORDER** |

# ORDER

Having considered the Joint Stipulation and Request to Amend the Scheduling Order and supporting Declaration of Daniel B. Lifschitz, and finding good cause therefore, **IT IS HEREBY ORDERED** that the current Scheduling Order be modified to reflect the following new dates:

| Matter | Date |
|---|---|
| Last Day to Conduct Settlement Conference/Mediation | February 23, 2026 |
| Last Day to File Joint Report re: Results of Settlement Conference/Mediation | February 27, 2026 |
| Discovery Cut-Off | March 23, 2026 |
| Last Day for Hearing Motions | April 13, 2026 |
| Submit Pre-Trial Conference Order; File Motions in Limine; Memorandum of Contentions of Fact and Law; Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates; File Status Report re: Settlement; File Agreed Upon Set of Jury Instructions and Verdict Forms; File Joint Statement re Disputed Instructions, Verdicts, etc. | June 24, 2026 |
| Pre-Trial Conference (File Proposed Voir Dire Questions and Agreed-to Statement of Case three days prior) | July 17, 2026 |
| Hearing on Motions in Limine; Hearing on Disputed Jury Instructions | July 24, 2026 |
| Trial (Jury) | August 4, 2026 |

**IT IS SO ORDERED.**

Dated: August 19, 2025

JOHN F. WALTER
United States District Judge

ORDER GRANTING JOINT STIPULATION AND REQUEST AMEND SCHEDULING ORDER