# Exhibit B

U.S. ex rel. Integra Med Analytics LLC v. Nelson, et al
Amended Privilege Log | Custodian #1

| ID | Date | Type | From | To | CC | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|
| 788 | 5/29/2019 | Email | David Lam | John Griffin | David Marden Matt Byrnes | Work Product | Email from DL to JG, CCing DM and MB, referencing presentation slides to review which discuss RN patient recycling; WebEx meeting invite included. |
| 1337 | 6/3/2019 | Email | Matt Byrnes | Matt Byrnes | | Work Product | WebEx meeting invitation sent from MB to Integra Admin regarding RN and patient recycling. |
| 1338 | | | | Integra Admin | | | |
| 701 | 6/11/2019 | Email | Matt Byrnes | David Lam | | Work Product | Email from MB to DL discussing RN financials. |
| 702 | | XLS | | | | | Attachment XLS to above email discussing RN financials. |
| 354 | 8/1/2019 | Email | Matt Byrnes | John Griffin Damon Crim | | Work Product | Email from MB to JG and DC referencing an attached PDF discussing next steps in investigation of RN. |
| 355 | | PDF | | | | | Attachment PDF to above email discussing tasks relating to RN investigation. |
| 1374 | 5/6/2020 | Email | David Lam | Matt Byrnes David Marsden | | Work Product | Email string between DL, MB, and DM discussing outreach to DOJ (EV, BF, and NP) regarding investigation of RN's patient recycling. |
| 1373 | 5/7/2020 | | Matt Byrnes | David Lam | David Marsden | | |
| 1372 | 5/7/2020 | | David Marsden | Matt Byrnes | David Lam | | |
| 1034 | 5/8/2020 | Email | Integra Admin | Matt Byrnes | | Work Product | WebEx meeting invitation sent from MB to Integra Admin regarding CADOJ and patient recycling. |
| 1035 | 5/8/2020 | Email | Integra Admin | Matt Byrnes | | Work Product | |
| 970 | 5/8/2020 | Email | David Marsden | Matt Byrnes Lilian Herrera David Marsden Elizabeth Voorhies | | Work Product | Meeting invitation between Integra (MB, DM and DL) and the CADOJ (EV and LH) to discuss RN. |
| 971 | | | | | | | |
| 751 | 5/11/2020 | Email | Integra Admin | Matt Byrnes | | Work Product | WebEx meeting invitation sent from MB to Integra Admin regarding CADOJ and patient recycling. |
| 752 | | | | | | | |
| 104 | 5/12/2020 | Email | David Marsden | David Lam Matt Byrnes | | Work Product | Email from DM to DL and MB referencing attached PPT slides discussing RN. |
| 105 | | PPT | | | | | Attached PPT to above email discussing patient recycling at RN. |
| 102 | 5/13/2020 | Email | David Marsden | David Lam Matt Byrnes | | Work Product | Email from DM to DL and MB referencing attached PPT slides discussing RN. |
| 103 | | PPT | | | | | Attached PPT to above email discussing repeated spells of illness at RN. |
| 100 | 5/13/2020 | Email | Matt Byrnes | David Marsden | David Lam | Work Product | Email from MB to DM and DL referencing attached PPT slides discussing RN. |
| 101 | | PPT | | | | Work Product | Attached PPT to above email discussing repeated spells of illness at RN. |
| 755 | 5/13/2020 | Email | David Marsden | Alex Moser | Matt Byrnes | Work Product | Emails between DM, AM, and MB discussing patient recycling. |
| 754 | 5/13/2020 | | | | | | |
| 753 | 5/14/2020 | | Alex Moser | David Marsden | | | |

1

Case 2:21-cv-05265-JFW-PVC    Document 132-3    Filed 01/06/26    Page 3 of 8    Page ID #:1686

U.S. ex rel. Integra Med Analytics LLC v. Nelson, et al
Amended Privilege Log | Custodian #1

| # | Date | Type | From | To | CC | Privilege | Description |
|---|---|---|---|---|---|---|---|
| 965 | 5/14/2020 | Email | Matt Byrnes | David Marsden<br>David Lam | | Work Product | Email from MB to DM and DL referencing attached PPT slides discussing RN patient recycling. |
| 966 | | PPT | Matt Byrnes | David Marsden<br>David Lam | | Work Product | Attached PPT to above email discussing patient recycling at RN. |
| 585 | 5/14/2020 | Email | David Lam | Lilian Herrera<br>Elizabeth Voorhies | Matt Byrnes<br>David Marsden | Work Product | Email from DL to EV, LH, MB, and DM referencing attached PPT slides discussing RN diagnoses. |
| 586 | | PPT | David Lam | Lilian Herrera<br>Elizabeth Voorhies | Matt Byrnes<br>David Marsden | Work Product | Attached PPT to above email discussing comparative statistics related to diagnoses at RN. |
| 291 | 5/14/2020 | Email | Elizabeth Voorhies | David Lam<br>Lilian Herrera | Matt Byrnes<br>David Marsden<br>Nicholas Paul<br>Roxann Jaggi | Work Product | Email from EV to DL, LH, MB, DM, NP, and RJ discussing the above materials. |
| 1204 | 9/2/2020 | Email | David Lam | Matt Byrnes | | Work Product<br>Attorney Client Privilege | Email chain between DL and MB, later including JC (counsel) JW (counsel), and JG, discussing similar qui tam action which involved SNFs, comparing to RN. |
| 1203 | | Email | Matt Byrnes | David Lam | | | |
| 1202 | 9/3/2020 | Email | David Lam | Matt Byrnes | | | |
| 1201 | | Email | David Lam | Jason Collins<br>Jeremy Wells | John Griffin<br>Matt Byrnes | | |
| 1199 | | PDF | Jeremy Wells | David Lam<br>Jason Collins | John Griffin<br>Matt Byrnes | | Attached PDF to email in chain of similar and recent 9th circuit decision on topic being discussed. |
| 1200 | | | | | | | |
| 1309 | 1/20/2021 | Email | David Lam | Elizabeth Voorhies | Matt Byrnes | Work Product | WebEx meeting invitation sent from DL to EV and MB regarding CADOJ and RN. |
| 1310 | | | | | | | |
| 1341 | 2/3/2021 | Email | David Lam | Elizabeth Voorhies | Matt Byrnes | Work Product | WebEx meeting invitation sent from LD to EV and MB regarding CADOJ and RN. |
| 1342 | | | | | | | |
| 1324 | 2/9/2021 | Email | David Lam | Matt Byrnes | | Work Product | Email from DL to MB referencing attached PPT slides discussing RN patient recycling. |
| 1325 | | PPT | David Lam | Matt Byrnes | | | Attached PPT to above email discussing repeated patient spells of illness at RN. |
| 1296 | 2/10/2021 | Email | David Lam | Matt Byrnes | Damon Crim | Work Product | WebEx meeting invitations sent from DL to MB and DC regarding RN brainstorm. |
| 1297 | | | | | | | |
| 1367 | 2/10/2021 | Email | Elizabeth Voorhies | David Lam<br>Matt Byrnes | Nicholas Paul<br>Erika Hiramatsu<br>Lillian Hererra<br>Roxann Jaggi | Work Product | Email chain between EV, DL, MB, NP, EH, LH, and RJ discussing RN investigation progress and strategy. |
| 1366 | | Email | David Lam | Elizabeth Voorhies | Matt Byrnes<br>Nicholas Paul<br>Erika Hiramatsu<br>Lillian Hererra<br>Roxann Jaggi | | |
| 205 | 3/15/2021 | Email | David Lam | Elizabeth Voorhies | Matt Byrnes | Work Product | Email chain between DL, EV, MB and NP discussing an article addressing misreported CMS ratings and analytical research by a medical facility using similar practices to RN. |
| 204 | | Email | Elizabeth Voorhies | David Lam | Matt Byrnes<br>Nicholas Paul | | |

Case 2:21-cv-05265-JFW-PVC    Document 132-3    Filed 01/06/26    Page 4 of 8    Page ID #:1687

U.S. ex rel. Integra Med Analytics LLC v. Nelson, et al
Amended Privilege Log | Custodian #1

| # | Date | Type | From | To | CC | Privilege | Description |
|---|---|---|---|---|---|---|---|
| 203 | 3/15/2021 | Email | David Lam | Elizabeth Voorhies | Matt Byrnes Nicholas Paul | Work Product | Email chain between DL, EV, MB, NP, and RG discussing an article addressing misreported CMS ratings and analytical research by a medical facility using similar practices to RN. |
| 202 | | | Nicholas Paul | Randy Glaser | Matt Byrnes David Lam Elizabeth Voorhies | | |
| 201 | | | Randy Glaser | Nicholas Paul | Matt Byrnes David Lam Elizabeth Voorhies | | |
| 200 | | | David Lam | Randy Glaser | Nicholas Paul Matt Byrnes Elizabeth Voorhies | | |
| 1328 | 3/23/2021 | Email | Sam Stripling | Matt Byrnes | | Work Product | Email chain between SS and MB discussing SNF ratings research and patient recycling. |
| 1327 | | | Matt Byrnes | Sam Stripling | | | |
| 1326 | | | Sam Stripling | Matt Byrnes | | | |
| 1354 | 5/19/2021 | Email | Alex Moser | Matt Byrnes | | Work Product | E-mail from AM to MB re: discussion of RN financials. |
| 667 | 5/19/2021 | Email | Damon Crim | Matt Byrnes | | Work Product | E-mail from DC to MB re: discussion of RN interviews. |
| 55 | 5/20/2021 | Email | Jeremy Wells | John Griffin David Lam Matt Byrnes | Jason Collins | Work Product Attorney Client Privilege | Email from JW (counsel) to JG, DM, MB, and JC (counsel) discussing recent 9th circuit decision involving RN and named defendants. |
| 56 | | PDF | | | | | Attached PDF to email in chain of recent 9th circuit decision on topic being discussed. |
| 1368 | 6/2/2021 | Email | Damon Crim | Matt Byrnes | | Work Product | WebEx meeting invitation sent from DC to MB regarding RN discussion. |
| 1369 | | | | | | | |
| 1303 | 6/3/2021 | Email | Liam Landrum | Matt Byrnes | | Work Product | WebEx meeting invitation sent from LL to MB regarding RN discussion. |
| 1304 | | | | | | | |
| 271 | 6/3/2021 | Email | David Lam | Matt Byrnes | Damon Crim | Work Product | Email from DL to MB and DC discussing task prioritization in RN investigation. |
| 1248 | 6/3/2021 | Email | David Lam | Jason Collins Jeremy Wells | John Griffin Matt Byrnes Damon Crim | Work Product Attorney Client Privilege | Email chain between DL, JC (counsel), JW (counsel), JG, MB, and DC discussing attached DOC draft of RN complaint. |
| 1249 | | DOC | | | | | Attached DOC to email in chain of draft RN complaint. |
| 1247 | | Email | Jeremy Wells | David Lam Jason Collins | John Griffin Matt Byrnes Damon Crim | | Email chain between DL, JC (counsel), JW (counsel), JG, MB, and DC discussing DOC draft of RN complaint. |
| 1246 | | | Jason Collins | David Lam Jeremy Wells | | | |
| 1292 | 6/3/2021 | Email | David Lam | Matt Byrnes | | Work Product | Email from DL to MB discussing recent 9th Circuit decision involving RN and named defendants. |
| 1293 | | PDF | | | | | Attached PDF to email in chain of recent 9th Circuit decision on topic being discussed. |
| 1032 | 6/9/2021 | Email | David Lam | Jason Collins Jeremy Wells | John Griffin Matt Byrnes Damon Crim | Work Product Attorney Client Privilege | Email from DL to JC (counsel), JW (counsel), JG, MB, and DC discussing attached DOC draft of RN complaint. |
| 1033 | | DOC | | | | | Attached DOC to email in chain of draft RN complaint. |
| 1031 | 6/9/2021 | Email | Jeremy Wells | David Lam | John Griffin | Work Product | |

3

Case 2:21-cv-05265-JFW-PVC   Document 132-3   Filed 01/06/26   Page 5 of 8   Page ID #:1688

U.S. ex rel. Integra Med Analytics LLC v. Nelson, et al
Amended Privilege Log | Custodian #1

|  |  |  |  |  | Jason Collins | Matt Byrnes Damon Crim | Attorney Client Privilege |  |
|---|---|---|---|---|---|---|---|---|
| 1030 |  |  | David Lam | Jeremy Wells | Jason Collins John Griffin Matt Byrnes Damon Crim |  |  | Email chain between JW (counsel), DL, JC (counsel), JG, MB, and DC discussing a draft of RN complaint. |
| 1028 | 6/10/2021 | Email | Jeremy Wells | David Lam Jason Collins | John Griffin Matt Byrnes Damon Crim |  | Work Product Attorney Client Privilege | Email from JW to DL, JC (counsel), JG, MB, and DC discussing attached DOC draft of RN complaint. |
| 1029 |  | DOC |  |  |  |  |  | Attached DOC to email in chain of draft RN complaint. |
| 1027 |  |  | David Lam | Jeremy Wells | Jason Collins John Griffin Matt Byrnes Damon Crim |  | Work Product Attorney Client Privilege | Email chain between DL, JW (counsel), JC (counsel), JG, MB, and DC discussing a draft of RN complaint and next steps. |
| 1026 |  |  | David Lam | Jeremy Wells | Jason Collins John Griffin Matt Byrnes Damon Crim |  |  |  |
| 1025 | 6/11/2021 | Email | Matt Byrnes | David Lam | Jeremy Wells Jason Collins John Griffin Damon Crim |  |  |  |
| 1024 |  |  | Jeremy Wells | Matt Byrnes David Lam | Jason Collins John Griffin Damon Crim |  |  |  |
| 1023 |  |  | Matt Byrnes | Jeremy Wells | David Lam Jason Collins John Griffin Damon Crim |  |  |  |
| 1022 |  |  | Jeremy Wells | Matt Byrnes |  |  |  |  |
| 1021 |  |  | Matt Byrnes | Jeremy Wells |  |  |  |  |
| 1020 |  |  | Jeremy Wells | Matt Byrnes |  |  |  |  |
| 357 | 6/11/2021 | Email | Jeremy Wells | Matt Byrnes Damon Crim |  | Work Product | Email from JW (counsel) to MB and DC with call-in information to join meeting to discuss RN. |
| 882 | 6/11/2021 | Email | Matt Byrnes | Jeremy Wells Damon Crim |  | Work Product | WebEx meeting invitation and follow up call-in information sent from MB to JW (counsel) and DC regarding RN. |
| 883 |  |  |  |  |  |  |  |  |
| 1356 | 6/11/2021 | Email | Liam Landrum | Matt Byrnes |  | Work Product | Emails re: comment from LL to MB discussing RN analysis. |
| 1319 | 6/14/2021 | Email | Liam Landrum | Matt Byrnes |  | Work Product | Emails re: comment from LL to MB discussing RN analysis. |
| 1352 | 6/14/2021 | Email | David Lam | Matt Byrnes |  | Work Product | WebEx meeting invitation sent from DL to MB regarding RN discussion. |
| 1353 |  |  |  |  |  |  |  |  |
| 1375 | 6/14/2021 | Email | Alex Moser | Matt Byrnes |  | Work Product | Email re: comment from AM to MB discussing RN financials. |
| 309 | 6/15/2021 | Email | David Lam | Jason Collins Jeremy Wells | John Griffin Matt Byrnes | Work Product Attorney Client Privilege | Email between DL, JC (counsel), JW (counsel), JG, and MB discussing an update from CADOJ. |
| 1343 | 6/15/2021 | Email | Alex Moser | Matt Byrnes |  | Work Product | Email from AM to MB re: discussion of RN contacts. |
| 132 | 6/16/2021 | Email | Matt Byrnes | Jeremy Wells Jason Collins | John Griffin David Lam Damon Crim | Work Product Attorney Client Privilege | Email chain from MB to JW (counsel), DL, JC (counsel), JG, DL, and DC discussing attached DOC draft of RN complaint. |
| 133 |  | DOC |  |  |  |  |  | Attached DOC to email in chain of draft RN complaint. |
| 1330 | 6/17/2021 | Email | Alex Moser | Matt Byrnes |  | Work Product | Emails re: comments from AM to MB discussing RN contacts. |
| 1329 |  |  |  |  |  |  |  |  |

Case 2:21-cv-05265-JFW-PVC    Document 132-3    Filed 01/06/26    Page 6 of 8    Page ID #:1689

U.S. ex rel. Integra Med Analytics LLC v. Nelson, et al
Amended Privilege Log | Custodian #1

| # | Date | Type | From | To | CC | Privilege | Description |
|---|---|---|---|---|---|---|---|
| 129 | 6/18/2021 | Email | Jeremy Wells Jason Collins | John Griffin David Lam Damon Crim | | Work Product Attorney Client Privilege | Email chain between MB, JW (counsel), JC (counsel), JG, DL, and DC discussing attached DOC and XLS files relating to RN defendants, facilities, and information. |
| 130 | | DOC | | | | | Attached DOC to email in chain of RN defendants. |
| 128 | | Email | Jeremy Wells | Matt Byrnes Jason Collins | John Griffin David Lam Damon Crim | | Email chain between MB, JW (counsel), JC (counsel), JG, DL, and DC discussing attached DOC and XLS files relating to RN defendants, facilities, and information. |
| 687 | 6/21/2021 | Email | Matt Byrnes | David Lam | | Work Product | Email from MB to DL discussing attached DOC files relating to RN claims for inpatient hospitals and SNFs. |
| 688 | | DOC | | | | | Attached DOC to email in chain of RN inpatient claims. |
| 689 | | DOC | | | | | Attached DOC to email in chain of RN SNF claims. |
| 125 | 6/21/2021 | Email | Matt Byrnes | Jeremy Wells | Jason Collins John Griffin David Lam Damon Crim | Work Product Attorney Client Privilege | Email from MB to JW (counsel), JC (counsel), JG, DL, and DC discussing attached PDF files relating to RN claims for inpatient hospitals and SNFs. |
| 126 | | PDF | | | | | Attached PDF to email in chain of RN inpatient claims. |
| 127 | | PDF | | | | | Attached PDF to email in chain of RN SNF claims. |
| 123 | 6/21/2021 | Email | Jeremy Wells | Matt Byrnes Jason Collins | John Griffin David Lam Damon Crim | Work Product Attorney Client Privilege | Email chain between JW (counsel), MB, JC (counsel), JG, DL, and DC discussing attached DOC draft of RN complaint. |
| 124 | | DOC | | | | | Attached DOC to email in chain of draft RN complaint. |
| 122 | | Email | | Matt Byrnes | Jason Collins John Griffin David Lam Damon Crim | | Email chain between JW, MB, JC (counsel), JG, DL, and DC discussing attached DOC draft of RN complaint. |
| 121 | 6/22/2021 | Email | Matt Byrnes | Jeremy Wells | Jason Collins John Griffin David Lam Damon Crim | Work Product Attorney Client Privilege | Email chain between MB, JW (counsel), DC, DL, JC (counsel), and JG discussing draft of RN complaint. |
| 120 | | | | | | | |
| 495 | 6/22/2021 | Email | David Lam | Elizabeth Voorhies | Jason Collins Jeremy Wells Matt Byrnes John Griffin | Work Product Attorney Client Privilege | Email chain from DL to EV, JC (counsel), JW (counsel), MB, and JG discussing attached DOC draft of RN complaint. |
| 496 | | DOC | | | | | Attached DOC to email in chain of draft RN complaint. |
| 493 | 6/22/2021 | Email | Elizabeth Voorhies | David Lam | Jason Collins Jeremy Wells Matt Byrnes John Griffin Erika Hiramatsu Gail Nolan Roxann Jaggi | Work Product Attorney Client Privilege | Email chain from EV to DL, JC (counsel), JW (counsel), MB, JG, EH, GN, and RJ discussing attached DOC draft of RN complaint. |
| 494 | | DOC | | | | | Attached DOC to email in chain of draft RN complaint. |
| 82 | 6/22/2021 | Email | Jeremy Wells | Matt Byrnes | David Lam Damon Crim | Work Product | Email from JW (counsel) to MB, DL, and DC with call-in information to join meeting to discuss RN. |
| 492 | 6/22/2021 | Email | David Lam | Elizabeth Voorhies | Jason Collins Jeremy Wells Matt Byrnes John Griffin Erika Hiramatsu Gail Nolan | Work Product Attorney Client Privilege | Email chain from EV to DL, JC (counsel), JW (counsel), MB, JG, EH, GN, and RJ discussing draft of RN complaint. |

Case 2:21-cv-05265-JFW-PVC     Document 132-3     Filed 01/06/26     Page 7 of 8     Page ID #:1690

U.S. ex rel. Integra Med Analytics LLC v. Nelson, et al
Amended Privilege Log | Custodian #1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Roxann Jaggi | | |
| 1355 | 6/22/2021 | Email | Liam Landrum | Matt Byrnes | | Work Product | Emails re: comments from LL to MB discussing RN analysis. |
| 842 | 6/24/2021 | Email | Jeremy Wells | David Lam Matt Byrnes | Matt Byrnes | Work Product Attorney Client Privilege | Email chain between JW (counsel), DL, and MB discussing RN complaint filing plans. |
| 841 | | | David Lam | Jeremy Wells | | | |
| 840 | 6/25/2021 | | David Lam | Jeremy Wells | | | |
| 839 | | | Jeremy Wells | David Lam | | | |
| 1302 | 6/25/2021 | Email | David Lam | Matt Byrnes | | Work Product | Email from DL to MB discussing CADOJ feedback on RN complaint. |
| 484 | 6/25/2021 | Email | Matt Byrnes | Jeremy Wells | Jason Collins John Griffin David Lam Damon Crim | Work Product Attorney Client Privilege | Email from MB to JW (counsel), JC (counsel), JG, DL, and DC discussing attached PDF files relating to RN claims for inpatient hospitals and SNFs. |
| 485 | | PDF | | | | | Attached PDF to email in chain of RN inpatient claims. |
| 486 | | PDF | | | | | Attached PDF to email in chain of RN SNF claims. |
| 482 | 6/25/2021 | Email | David Lam | Matt Byrnes | Jason Collins John Griffin David Lam Damon Crim | Work Product Attorney Client Privilege | Email from DL to MB, JW (counsel), JC (Counsel), LG, and DC discussing attached DOC draft of RN complaint. |
| 483 | | DOC | | | | | Attached DOC to email in chain of draft RN complaint. |
| 480 | 6/25/2021 | Email | Jeremy Wells | David Lam Matt Byrnes | Jason Collins John Griffin Damon Crim | Work Product Attorney Client Privilege | Email chain between JW (counsel), LD, MB, JC (counsel), JG, and DC discussing attached DOC letter to CADOJ concerning RN appendices. |
| 481 | | DOC | | | | | Attached DOC to email in chain of letter to CADOJ. |
| 479 | | Email | Matt Byrnes | Jeremy Wells | Jason Collins John Griffin David Lam Damon Crim | Work Product Attorney Client Privilege | Email chain between JW (counsel), LD, MB, JC (counsel), JG, and DC discussing attached DOC letter to CADOJ concerning RN appendices. |
| 477 | 6/26/2021 | Email | David Lam | Matt Byrnes | | | |
| 478 | | DOC | | | | | Attached DOC to email in chain of letter to CADOJ. |
| 476 | | Email | Jeremy Wells | David Lam Matt Byrnes | Jason Collins John Griffin Damon Crim | | Email chain between JW (counsel), LD, MB, JC (counsel), JG, and DC discussing attached DOC letter to CADOJ concerning RN appendices. |
| 474 | 6/26/2021 | Email | David Lam | Jeremy Wells | Matt Byrnes Jason Collins John Griffin Damon Crim | Work Product Attorney Client Privilege | Email chain between DL, JW (counsel), MB, DC, JC (counsel), and JG discussing attached PDF CV of JG. |
| 473 | | Email | Jeremy Wells | David Lam Matt Byrnes | Jason Collins John Griffin Damon Crim | Work Product Attorney Client Privilege | Email chain between DL, JW (counsel), MB, DC, JC (counsel), and JG discussing attached PDF CV of JG. |
| 472 | | Email | David Lam | Jeremy Wells | Matt Byrnes Jason Collins John Griffin Damon Crim | | |
| 471 | | | Jeremy Wells | David Lam | | | |
| 470 | | | John Griffin | Jeremy Wells | Matt Byrnes David Lam | | |

U.S. ex rel. Integra Med Analytics LLC v. Nelson, et al
Amended Privilege Log | Custodian #1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Damon Crim<br>Jason Collins | | |
| 348 | 6/29/2021 | Email | Jeremy Wells | John Griffin<br>David Lam<br>Matt Byrnes | Jason Collins | Work Product<br>Attorney Client Privilege | Email chain between JW (counsel), JG, DL, MB, and JC (counsel) discussing attached PDFs of filed RN complaint and civil cover sheet. |
| 349 | | PDF | | | | | Attached PDF to email in chain of filed RN complaint. |
| 350 | | PDF | | | | | Attached PDF to email in chain of filed RN civil cover sheet. |
| 347 | | Email | David Lam | Jeremy Wells | Matt Byrnes<br>Jason Collins<br>John Griffin<br>Damon Crim | | Email chain between JW (counsel), JG, DL, MB, and JC (counsel) discussing attached PDFs of filed RN complaint and civil cover sheet. |