GIPSON HOFFMAN & PANCIONE
A Professional Corporation
DANIEL B. LIFSCHITZ (SBN 285068)
dlifschitz@ghplaw.com
1901 Avenue of the Stars, Suite 1100
Los Angeles, California 90067-6002
Telephone: (310) 556-4660
Facsimile: (310) 556-8945

Attorneys for Plaintiff and Relator
INTEGRA MED ANALYTICS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, *ex rel,* INTEGRA MED ANALYTICS LLC,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM NELSON, an individual; VICKI ROLLINS, an individual; TORRANCE CARE CENTER WEST, INC.; GLENDORA GRAND, INC.; CENTINELA GRAND, INC.; LONG BEACH CARE CENTER, INC.; PACIFIC VILLA, INC.; FLOWER VILLA, INC.; CENTURY VILLA, INC.; VILLA DEL RIO GARDENS, INC.; VILLA DEL RIO CENTER, INC.: WEST COVINA MEDICAL CENTER, INC.; L.A. DOWNTOWN MEDICAL CENTER, INC.,<br><br>Defendants. | Case No.: 2:21-cv-05265-JFW-PVC<br><br>**DECLARATION OF DAMMON CRIM IN SUPPORT OF PLAINTIFF INTEGRA MED ANALYTICS LLC'S MOTION TO AMEND SCHEDULING ORDER**<br><br>Hearing Date: March 2, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 7A<br>Judge: John F. Walter<br><br>Pretrial Cont.: July 17, 2026<br>Trial Date: August 4, 2026 |

1
DECLARATION OF DAMMON CRIM IN SUPPORT OF PLAINTIFF INTEGRA MED ANALYTICS LLC'S MOTION TO AMEND SCHEDULING ORDER

1569559.2 - 06302.00001

## DECLARATION OF DAMMON CRIM

I, Dammon Crim, hereby state and declare:

1. I am over the age of 18 and have personal knowledge of the matters contained herein and if called to testify, would do so competently.

2. I am a Lead Investigator at Plaintiff Integra Med Analytics LLC ("Integra") and have been consistently involved in all matters related to the investigation and prosecution of the instant lawsuit.

3. On September 4, 2025, Integra employee Liam Landrum e-mailed CMS to determine whether it could provide a so-called "crosswalk dataset" that would allow Integra to deanonymize Defendants' patients from CMS's records. Landrum specifically described the request as being for "a crosswalk from desy_sort_key to an identifiable ID (MBI or HICN) for a subset of 25-50 patients that [Defendants] treated related to an ongoing discovery request," which was intended to evaluate the feasibility of utilizing this data if indeed obtainable. Landrum additionally requested that CMS inform him if, as with obtaining Integra's litigation waiver in the case, a court order would be required for disclosure.

4. On September 5, 2025, Lindsay Hardin of the CMS DUA Team responded to Landrum's e-mail with a Data Use Agreement ("DUA") and DUA Update Form. Hardin requested that Integra complete the Update Form with the details of the newly requested file or crosswalk and submit it back to her once complete. The next day, Landrum responded to request assistance from Hardin transferring the DUA ownership and data custodian role from Matt Byrnes, a former Integra employee who had recently left his role at the company. On September 8, 2025, the parties exchanged additional e-mails regarding how to specify the nature of the dataset being requested in order for CMS to process Integra's paperwork. From September 10 to 11, 2025, the parties corresponded to finalize the change in requestor/custodian from Byrnes to Landrum. At this time, Integra was waiting on CMS to provide a status update regarding Integra's data file request (XWALK0).

5. On September 30, 2025, Landrum sought an update from CMS on the status of its data file request, and specifically whether Integra would be receiving direct access or should expect for the data to be physically shipped to it.

6. On September 30, 2025, Hardin responded to Landrum by informing him that CMS's DUA team does not disseminate the requested data and is merely responsible for the oversight of the requests (*i.e.*, approving or denying data requests). Hardin inquired as to who Integra had been in contact with to historically receive data. Landrum informed Hardin that this was the first time Integra had ever requested additional data it did not already have access to. With other DUAs, Integra requested additional data through CMS's Enterprise Privacy Policy Engine ("EPPE") system, whereas the DUA at issue (NDTR-2025-71347) was not visible to Integra within EPPE. Landrum asked whether Hardin could point him to anyone else at CMS that he should contact for the DUA to show in EPPE or to otherwise arrange for an alternative method of accessing the data if EPPE wasn't an option. After several more rounds of correspondence, Hardin informed Landrum that James Krometis was the DIDG Director at CMS, and that the DUA team fell under his supervision. Hardin stated that she would reach out to her team and see if she could find out where CMS was supposed to refer Integra for data dissemination. Hardin subsequently confirmed that Edward Belle would be handling the dissemination.

7. On October 13, 2025, after two weeks of waiting for CMS to provide further information regarding the intended data dissemination, Landrum sought an update. The next day, Hardin informed Landrum that many of CMS's teams and divisions were on furlough for the duration of the then-ongoing federal government shutdown. Landrum confirmed that it appeared Belle was one of the CMS employees affected. Hardin attempted to solicit an update from Belle on October 28, 2025. This prompted another CMS employee, Jagadeeshwar Pagidimarri, to request the identify of the OGC attorney assigned to the instant litigation matter, as to proceed with the data dissemination, the relevant CMS/OIT/DDOM extract team would need to reach

3

DECLARATION OF DAMMON CRIM IN SUPPORT OF PLAINTIFF INTEGRA MED ANALYTICS LLC'S MOTION TO AMEND SCHEDULING ORDER

out to OGC attorney about the request. Integra identified Emily Oren, who was involved in the prior effort to obtain a litigation waiver from CMS for this case.

7. Integra has since repeatedly reached out to CMS to receive updates or otherwise move ahead regarding its data dissemination request. CMS has not provided any substantive responses. This has additionally impeded Integra's ability to obtain information that would allow it to better specify the name and location of the data for purposes of seeking a court order compelling its production. Integra has never previously requested this type of data from CMS and was not aware of how CMS maintained this data or even what name to request it by. CMS provided the name "xwalk0" as a placeholder and has not since updated that identifier.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed this 2nd day of February, 2026 in Austin, Texas.

Dammon Crim