# Exhibit A

(To Declaration of Daniel Lifschitz)

Outlook

EXTERNAL - RE: EXTERNAL - United States ex rel. Integra Med Analytics, Inc. v. Nelson, et al., Case No. 2:21-cv-05265-JFW-ROAx, Defendants' Discovery Requests [IMAN-DMSDB1.FID168399]

| | |
|---|---|
| From | Patrick Nitchman <Patrick@umklaw.com> |
| Date | Wed 2025-11-19 8:55 PM |
| To | Sarah Cork <scork@corkmaloney.com>; Daniel B. Lifschitz <dlifschitz@ghplaw.com>; Patrick Maloney <PMaloney@corkmaloney.com>; Jacqueline Fox <jfox@ghplaw.com>; Hanna Sherman <hsherman@ghplaw.com> |
| Cc | Matthew Umhofer <matthew@umklaw.com>; Elizabeth Mitchell <elizabeth@umklaw.com>; Calendaring <calendaring@umklaw.com>; Jon Powell <jon@umklaw.com>; Madeline Matson <maddi@umklaw.com>; Eugene Lim <eugene@umklaw.com> |

Counsel,

A quick update on two fronts. First, on identifying anonymized patients: using the data points available in the source-code materials, we have worked with our client on a fairly reliable workflow to match CMS-anonymized IDs to actual patients. The process is workable but not trivial, and the ultimate determination of reasonableness and proportionality will turn on the number of patients for which Integra is seeking records.

Second, regarding supplementation of Defendants' interrogatory responses, we are continuing to conduct a good-faith review, but we need additional time to put together a more detailed response addressing your specific concerns. We believe there is likely some supplementation to which we can agree but given the scope across fourteen interrogatories and facility-specific information, we need additional time to provide a more concrete response. We can provide such a response on or before Monday, November 24.

**PATRICK NITCHMAN**
*Director of Operations*



Phone:   (213) 394-7979
Fax:       (213) 529-1027
Email:    patrick@umklaw.com

Offices at the ROW DTLA
767 S. Alameda St., Suite 270
Los Angeles, CA 90021

www.umklaw.com