# Exhibit B

(To Declaration of Daniel Lifschitz)

Outlook

**EXTERNAL - RE: EXTERNAL - United States ex rel. Integra Med Analytics, Inc. v. Nelson, et al., Case No. 2:21-cv-05265-JFW-ROAx, Defendants' Discovery Requests [IMAN-DMSDB1.FID168399]**

| | |
|---|---|
| From | Patrick Nitchman <Patrick@umklaw.com> |
| Date | Thu 2025-11-20 2:53 PM |
| To | Sarah Cork <scork@corkmaloney.com>; Daniel B. Lifschitz <dlifschitz@ghplaw.com>; Patrick Maloney <PMaloney@corkmaloney.com>; Jacqueline Fox <jfox@ghplaw.com>; Hanna Sherman <hsherman@ghplaw.com> |
| Cc | Matthew Umhofer <matthew@umklaw.com>; Elizabeth Mitchell <elizabeth@umklaw.com>; Calendaring <calendaring@umklaw.com>; Jon Powell <jon@umklaw.com>; Madeline Matson <maddi@umklaw.com>; Eugene Lim <eugene@umklaw.com> |

Counsel,

We can generally confirm that we have been able to identify patients using alternative data points gleaned from the source code. We can also agree to produce the medical and claims reimbursement records for the five "test case" patients, though it will not be a part of our production tomorrow. Those records still need to be fully collected and reviewed before being produced. In light of the holidays next week, production can likely occur in early December, though we will provide a more definite date in due course. We are not requesting additional data fields from Integra at this time, though we will let you know if that changes.

Lastly, we just wanted to clarify that by November 24 we will provide a response to your conferral correspondence on supplementing Defendants' interrogatory responses including a more detailed description of which responses we intend to supplement. Any actual supplementation will occur at a later date which we will propose at that time.

**PATRICK NITCHMAN**
*Director of Operations*



Phone:   (213) 394-7979
Fax:     (213) 529-1027
Email:   patrick@umklaw.com

Offices at the ROW DTLA
767 S. Alameda St., Suite 270
Los Angeles, CA 90021

www.umklaw.com

---

**From:** Sarah Cork <scork@corkmaloney.com>
**Sent:** Thursday, November 20, 2025 11:54 AM
**To:** Patrick Nitchman <Patrick@umklaw.com>; Daniel B. Lifschitz <dlifschitz@ghplaw.com>; Patrick Maloney <PMaloney@corkmaloney.com>; Jacqueline Fox <jfox@ghplaw.com>; Hanna Sherman <hsherman@ghplaw.com>
**Cc:** Matthew Umhofer <matthew@umklaw.com>; Elizabeth Mitchell <elizabeth@umklaw.com>; Calendaring <calendaring@umklaw.com>; Jon Powell <jon@umklaw.com>; Madeline Matson <maddi@umklaw.com>; Eugene Lim <eugene@umklaw.com>
**Subject:** Re: EXTERNAL - United States ex rel. Integra Med Analytics, Inc. v. Nelson, et al., Case No. 2:21-cv-05265-JFW-ROAx, Defendants' Discovery Requests [IMAN-DMSDB1.FID168399]

Counsel, thank you for the update. If I understand you correctly, Defendants are now able to identify an individual patient based on an anonymized patient ID number from the CMS dataset. Please confirm. If additional data fields or information (other than the ID number) are required to identify a patient, please explain.

Please also confirm that Defendants will produce the medical and claims reimbursement records for the five "test case" patients, whose IDs were listed in Integra's Fourth Set of RFPs. Integra requests that these records be produced by tomorrow (11/21) as part of Defendants' planned supplemental production.

The requested extension for supplementing Defendants' Interrogatory Response Nos. 1-14 (by 11/24) is acceptable to Integra.

Regards,
Sarah

**Sarah Cork, Ph.D.**  |  Cork Maloney  |  (D) 310.895.9401

**From:** Patrick Nitchman <Patrick@umklaw.com>
**Sent:** Wednesday, November 19, 2025 8:55 PM
**To:** Sarah Cork <scork@corkmaloney.com>; Daniel B. Lifschitz <dlifschitz@ghplaw.com>; Patrick Maloney <PMaloney@corkmaloney.com>; Jacqueline

Fox <jfox@ghplaw.com>; Hanna Sherman <hsherman@ghplaw.com>
**Cc:** Matthew Umhofer <matthew@umklaw.com>; Elizabeth Mitchell <elizabeth@umklaw.com>; Calendaring <calendaring@umklaw.com>; Jon Powell <jon@umklaw.com>; Madeline Matson <maddi@umklaw.com>; Eugene Lim <eugene@umklaw.com>
**Subject:** RE: EXTERNAL - United States ex rel. Integra Med Analytics, Inc. v. Nelson, et al., Case No. 2:21-cv-05265-JFW-ROAx, Defendants' Discovery Requests [IMAN-DMSDB1.FID168399]

Counsel,

A quick update on two fronts. First, on identifying anonymized patients: using the data points available in the source-code materials, we have worked with our client on a fairly reliable workflow to match CMS-anonymized IDs to actual patients. The process is workable but not trivial, and the ultimate determination of reasonableness and proportionality will turn on the number of patients for which Integra is seeking records.

Second, regarding supplementation of Defendants' interrogatory responses, we are continuing to conduct a good-faith review, but we need additional time to put together a more detailed response addressing your specific concerns. We believe there is likely some supplementation to which we can agree but given the scope across fourteen interrogatories and facility-specific information, we need additional time to provide a more concrete response. We can provide such a response on or before Monday, November 24.

**PATRICK NITCHMAN**
*Director of Operations*



Phone:  (213) 394-7979
Fax:     (213) 529-1027
Email:   patrick@umklaw.com

Offices at the ROW DTLA
767 S. Alameda St., Suite 270
Los Angeles, CA 90021

www.umklaw.com