# Exhibit D

(To Declaration of Daniel Lifschitz)

 Outlook

**EXTERNAL - RE: EXTERNAL - Re: United States ex rel. Integra Med Analytics LLC v. Nelson, et al., Case No. 2:21-cv-05265-JFW-PVCx, Defendants' Notice of Deposition**

| | |
|---|---|
| From | Eugene Lim <eugene@umklaw.com> |
| Date | Mon 2026-02-02 1:00 PM |
| To | Daniel B. Lifschitz <dlifschitz@ghplaw.com>; Jacqueline Fox <jfox@ghplaw.com>; scork@corkmaloney.com <scork@corkmaloney.com>; pmaloney@corkmaloney.com <pmaloney@corkmaloney.com>; Hanna Sherman <hsherman@ghplaw.com> |
| Cc | Matthew Umhofer <matthew@umklaw.com>; Elizabeth Mitchell <elizabeth@umklaw.com>; Patrick Nitchman <Patrick@umklaw.com>; Jon Powell <jon@umklaw.com>; Calendaring <calendaring@umklaw.com> |

Hi Dan,

This confirms our phone call at **12:20 PM today, February 2, 2026**.  As discussed, Defendants intend to file an Ex Parte Application, seeking: (1) leave to supplement the record of the pending motion to compel (Dkt. No. 132) with the email produced during Ms. Agatep's deposition, as well as excerpts from that deposition; and (2) evidentiary and monetary sanctions for Integra's misconduct.

You confirmed during our call that Integra will oppose this relief.  We will notify the Court of your opposition in our filing.

Best,
Eugene

**EUGENE LIM**
*Senior Associate*



Phone: (213) 394-7979
Email: eugene@umklaw.com

Office at the ROW DTLA
767 S. Alameda St., Suite 270
Los Angeles, CA 90021
UMKLaw on LinkedIn

www.umklaw.com