

GIPSON HOFFMAN & PANCIONE
A PROFESSIONAL CORPORATION

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA and        Case No.:  2:21-cv-05265-JFW-PVC
     THE STATE OF CALIFORNIA, *ex rel,*
12   INTEGRA MED ANALYTICS LLC,          **[PROPOSED] ORDER GRANTING
                                         PLAINTIFF'S MOTION TO
13              Plaintiff,                AMEND SCHEDULING ORDER**

14   v.                                  Hearing Date: March 2, 2026
                                         Time: 1:30 p.m.
15   WILLIAM NELSON, an individual;      Place: Courtroom 7A
     VICKI ROLLINS, an individual;       Judge: John F. Walter
16   TORRANCE CARE CENTER WEST,
     INC.; GLENDORA GRAND, INC.;         Pretrial Cont.:      July 17, 2026
17   CENTINELA GRAND, INC.; LONG         Trial Date:          August 4, 2026
     BEACH CARE CENTER, INC.;
18   PACIFIC VILLA, INC.; FLOWER
     VILLA, INC.; CENTURY VILLA,
19   INC.; VILLA DEL RIO GARDENS,
     INC.; VILLA DEL RIO CENTER,
20   INC.: WEST COVINA MEDICAL
     CENTER, INC.; L.A. DOWNTOWN
21   MEDICAL CENTER, INC.,

22              Defendants.

23

24

25

26

27

28

1

On February 2, 2026, Plaintiff and Relator Integra Med Analytics LLC ("Integra") moved to amend the current Scheduling and Case Management Order in this action (ECF No. 124) under Federal Rule of Civil Procedure 16(b)(4).

The court, having considered Integra's Motion, the opposition and reply, and the pleadings and filings in this action, and finding good cause, therefore, hereby GRANTS the Motion and ORDERS as follows:

1. The Schedule of Trial and Pre-Trial Dates in the August 19, 2025 Scheduling and Case Management Order (ECF No. 124) is hereby modified as follows

   a. Discovery Cut-Off: August 17, 2026

   b. Last Day for Hearing Motions: September 7, 2026

   c. Submit Pre-Trial Conference Order; File Motions in Limine; Memorandum of Contentions of Fact and Law; Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates; File Status Report re: Settlement; File Agreed Upon Set of Jury Instructions and Verdict Forms; File Joint Statement re Disputed Instructions, Verdicts, etc.: November 18, 2026

   d. Pre-Trial Conference (File Proposed Voir Dire Questions and Agreed-to Statement of Case three days prior): December 11, 2026

   e. Hearing on Motions in Limine; Hearing on Disputed Jury Instructions: December 18, 2026

   f. Trial (Jury): January 12, 2027

IT IS SO ORDERED.

Dated: _____, 2026

_____
Hon. John F. Walter
United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER

1569812.2 - 06302.00001

GIPSON HOFFMAN & PANCIONE
A PROFESSIONAL CORPORATION