GIPSON HOFFMAN & PANCIONE APC
DANIEL B. LIFSCHITZ (SBN 285068)
*dlifschitz@ghplaw.com*
1901 Avenue of the Stars, Suite 1100
Los Angeles, California 90067-6002
Telephone:  (310) 556-4660
Facsimile:   (310) 556-8945

CORK MALONEY LLP
PATRICK G. MALONEY (SBN 287667)
*pmaloney@corkmaloney.com*
1901 Avenue of the Stars, Suite 200
Los Angeles, California 90067-6002
Telephone:  (310) 895-9402

Attorneys for Plaintiff and Relator
INTEGRA MED ANALYTICS LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, *ex rel,* INTEGRA MED ANALYTICS LLC,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM NELSON, an individual; VICKI ROLLINS, an individual; TORRANCE CARE CENTER WEST, INC.; GLENDORA GRAND, INC.; CENTINELA GRAND, INC.; LONG BEACH CARE CENTER, INC.; PACIFIC VILLA, INC.; FLOWER VILLA, INC.; CENTURY VILLA, INC.; VILLA DEL RIO WINTER, INC.; VILLA DEL RIO CENTER, INC.: WEST COVINA MEDICAL CENTER, INC.; L.A. DOWNTOWN MEDICAL CENTER, INC.,<br><br>Defendants. | Case No.: 2:21-cv-05265-JFW-PVC<br><br>**DISCOVERY MATTER**<br><br>**REPLY OF INTEGRA MED ANALYTICS LLC TO DEFENDANTS' APRIL 29, 2026 FILING**<br><br>Courtroom: 590<br>Judge: Pedro V. Castillo<br><br>Discovery Cutoff: November 2, 2026<br>Pretrial Conf.: February 19, 2027<br>Trial Date: March 16, 2027 |

GIPSON HOFFMAN & PANCIONE
A PROFESSIONAL CORPORATION

REPLY OF INTEGRA MED ANALYTICS LLC TO DEFENDANTS' APRIL 29, 2026 FILING

Relator Integra Med Analytics LLC ("Integra") provides this limited reply to Defendants' filing dated April 29, 2026 (Dkt. No. 171, "Response").

Defendants' Response to Integra's April 27, 2026 Supplemental Status Report (Dkt. No. 170, "Report") contains two significant misrepresentations of fact that warrant prompt correction.

**First,** Defendants claim that Integra's Report "confirms that the March 26 substantial completion target was not met, and that no firm completion date has been provided to replace it." Response at 1:18-20. This is incorrect.  Integra has already completed production of all materials de-designated from its privilege logs, which was the subject of the March 26, 2026 production.

Defendants never contacted Integra about the May 7, 2026 supplemental production referenced in the Report before filing their Response. The supplemental production consists of materials that were not included in Integra's prior privilege logs because they have been recently collected and reviewed. Integra merely alerted both the Court and Defendants to the forthcoming May 7, 2026 production in an effort to avoid confusion and any allegations of prejudice to Defendants, as Defendants have noticed their next deposition for May 15, 2026.

**Second**, Defendants claim that Integra is refusing to produce native versions of e-mails with third party witnesses. Response at 3:6-23. This is untrue.  On April 23, 2026, Integra informed Defendants via email that Integra was "collecting native versions of the e-mails in question to include in Integra's next document production, which is currently being QC'd." Defendants (via Mr. Lim) then requested a "concrete date" for that production, which was provided in the Report.

Defendants' remaining Response consists of legal argument regarding matters which have been fully briefed already (*see* Response at 5:5-7). Integra does not believe it is required to respond to the Response's out-of-time argument but requests leave to do so in fairness if the Court intends to rule on the requests in the Response.

GIPSON HOFFMAN & PANCIONE
A PROFESSIONAL CORPORATION

Integra respectfully requests that the Court require Defendants to adhere to the prescribed procedures for escalating discovery disputes, as the Response could have been avoided if Defendants had simply contacted Integra for explanation.

Respectfully submitted,

Dated:  April 30, 2026

GIPSON HOFFMAN & PANCIONE
A Professional Corporation

/s/ Daniel B. Lifschitz
DANIEL B. LIFSCHITZ
Attorneys for Relator
INTEGRA MED ANALYTICS LLC

GIPSON HOFFMAN & PANCIONE
A PROFESSIONAL CORPORATION