UMHOFER, MITCHELL & KING LLP
Matthew Donald Umhofer (SBN 206607)
Elizabeth A. Mitchell (SBN 251139)
Eugene Lim (SBN 318348)
767 S. Alameda St., Suite 270
Los Angeles, California 90021
Telephone: (213) 394-7979
matthew@umklaw.com
elizabeth@umklaw.com
eugene@umklaw.com

*Attorneys for Defendants*

KIBLER FOWLER & CAVE LLP
Michael D. Kibler (SBN 243982)
mkibler@kfc.law
Dominique Caamano (SBN 301810)
dcaamano@kfc.law
Michael Rosenberg (SBN 313285)
mrosenberg@kfc.law
11100 Santa Monica Blvd., Suite 600
Los Angeles, California 90025
Telephone: (310) 409-0473

*Attorneys for Relator*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, *ex rel.* INTEGRA MED ANALYTICS LLC,

Plaintiff,

v.

WILLIAM NELSON, an individual; VICKI ROLLINS, an individual; TORRANCE CARE CENTER WEST, INC.; GLENDORA GRAND, INC.; CENTINELA GRAND, INC.; LONG BEACH CARE CENTER, INC.; PACIFIC VILLA, INC.; FLOWER VILLA, INC.; CENTURY VILLA, INC.; VILLA DEL RIO GARDENS, INC.; VILLA DEL RIO CENTER INC.; WEST COVINA MEDICAL CENTER, INC.; L.A. DOWNTOWN MEDICAL CENTER, INC.,

Defendants.

Case No. 2:21-cv-05265-JFW-PVCx

**DISCOVERY MATTER**

**JOINT STIPULATION TO RELIEVE DEFENDANTS OF THE SEPTEMBER 9, 2026 COMPLETION DEADLINE FOR PAPER PATIENT MEDICAL RECORDS (DKT. NO. 207)**

| | |
|---|---|
| Judge: | Pedro V. Castillo |
| Courtroom: | 590 |
| Discovery Cutoff: | November 2, 2026 |
| Pretrial Conf.: | February 19, 2027 |
| Trial Date: | March 16, 2027 |

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**Defendants** William Nelson, Vicki Rollins, Torrance Care Center West, Inc., Glendora Grand, Inc., Centinela Grand, Inc., Long Beach Care Center, Inc., Pacific Villa, Inc., Flower Villa, Inc., Century Villa, Inc., Villa Del Rio Gardens, Inc., Villa Del Rio Center, Inc., West Covina Medical Center, Inc., and L.A. Downtown Medical Center, Inc. (collectively, "Defendants"), and **Relator** Integra Med Analytics LLC, (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

**WHEREAS**, on June 29, 2021, Integra Med Analytics, LLC ("Relator") initiated this action under the False Claims Act, 31 U.S.C. § 3729, *et seq.*, and the California False Claims Act, Cal. Gov't Code 12651, *et seq.*, by filing its Original Complaint under seal (Dkt. No. 1);

**WHEREAS**, this action concerns, among other things, patient medical records maintained by the Defendant skilled nursing facilities ("SNFs"), a subset of which is maintained only in paper form at the facilities where the records are kept;

**WHEREAS**, on August 7, 2026, following an informal discovery conference, the Court ordered, as to the SNF patient medical records that are kept only in paper form, that "the parties are ordered to split the costs of production equally or agree in what form the documents shall be produced to Plaintiff, which production shall be completed by September 9, 2026" (Dkt. No. 207);

**WHEREAS**, on August 10, 2026, Defendants advised Relator that they had begun contacting vendors to obtain estimates for retrieving and copying the paper records, and invited Relator to take part in the vendor-selection process or to solicit its own estimates;

**WHEREAS**, on August 11, 2026, Defendants provided Relator with bids from four vendors, together with a proposed division of labor among the vendors by facility and geography, estimating a total cost of $500,000 to $1,000,000 to collect records for

611 patients, and requested Relator's confirmation to proceed with the four vendors based on their per-page scanning rates;

**WHEREAS**, in response to multiple questions by Relator, Defendants permitted Relator's counsel to inspect a sample of the physical patient files at Long Beach Care Center on August 18, 2026;

**WHEREAS**, between August 10 and August 31, 2026, the Parties exchanged correspondence concerning the vendor bids, the estimated volume of records, the estimated cost of production, and the scope of the records to be produced;

**WHEREAS**, on August 31, 2026, in an effort to manage costs, Relator identified a limited set of 150 patients, reserving all rights to later seek additional patient records after the initial set was reviewed;

**WHEREAS**, on September 2, 2026, Defendants agreed to produce the paper records for the 150-patient set, reserving all rights and objections, including their objection that the set is not an accurate or representative sample of the patients Relator has alleged, and proposed a division of labor among four vendors, revising the estimated volume to approximately one million pages;

**WHEREAS**, on September 3, 2026, Relator confirmed its agreement to proceed with the four vendors to retrieve and scan the 150-patient set and the proposed division of labor;

**WHEREAS**, following Relator's September 3, 2026 confirmation, Defendants promptly directed the vendors to proceed; the vendors began collecting records from the facilities for scanning on September 4, 2026, and the remaining records were scheduled for collection on September 8, 2026;

**WHEREAS**, given the volume of records (estimated at approximately one million pages across nine facilities) and the date on which collection and scanning began, the production of the paper records cannot be completed by September 9, 2026;

**WHEREAS**, the Parties have not yet agreed on the form and format of production, including optical character recognition, unitization, Bates numbering, load files, and hosting of the scanned records;

**WHEREAS**, consistent with the August 7, 2026 Order, the Parties agree that the costs of production will be split equally, with each side paying its share directly to the vendors;

**WHEREAS**, the Parties have met and conferred and agree that Defendants should be relieved of the September 9, 2026 completion date as to the paper records, and that production should instead proceed on a rolling basis as the records are scanned by the third-party vendors, subject to the Parties' agreement on the form and format of production;

**THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel of record, as follows:

1. Defendants are relieved of the September 9, 2026 completion date set in the Court's August 7, 2026 Order (Dkt. No. 207) as to patient medical records that are maintained only in paper form.
2. Defendants have already collected the substantial majority of paper patient medical records and provided them to vendors for scanning; Defendants will have the remainder finished by the end of this week.
3. The vendors will provide the paper patient medical records for the 150-patient set on a rolling basis to both parties as the records are scanned by the vendors.
4. The Parties will meet and confer in good faith regarding the form and format of production, including optical character recognition, unitization, Bates numbering, load files, and hosting of the scanned records, and, if they are unable to agree, will present any remaining dispute to the Court.

5. The costs of production of the paper records will be split equally between the Parties, with each side paying its share directly to the vendors, consistent with the August 7, 2026 Order.

6. This Stipulation is without prejudice to, and does not waive, any Party's rights, objections, or positions, including Plaintiff's reservation of rights to seek all identified patient medical records and Defendants' objections as to the relevance and scope of the records and Defendants' position that the 150-patient set is not an accurate or representative sample of the patients Relator has alleged.

7. This Stipulation concerns only the September 9, 2026 completion date set in Dkt. No. 207 as to patient medical records maintained only in paper form. It does not modify any other date or deadline in this action, and the Parties reserve all rights and positions as to all other deadlines and any further adjustments to the case schedule.

**IT IS SO STIPULATED.**

Dated: September 9, 2026

Respectfully submitted,

*/s/ Elizabeth A. Mitchell*
UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer
Elizabeth A. Mitchell
Eugene Lim

*Attorneys for Defendants*

Dated: September 9, 2026

*/s/ Michael Rosenberg*
KIBLER FOWLER & CAVE LLP
Michael D. Kibler
Dominique Caamano
Michael Rosenberg

*Attorneys for Relator*

## ATTORNEY ATTESTATION

The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 9, 2026

Respectfully submitted,

*/s/ Elizabeth A. Mitchell*
UMHOFER, MITCHELL & KING, LLP
Matthew Donald Umhofer
Elizabeth A. Mitchell
Eugene Lim

*Attorneys for Defendants*